# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELONNIE, JR., <br><br> Petitioner, <br><br> v. <br><br> DAVE DAVEY, Warden, <br><br> Respondent. | Case No. ED CV 16-00477-PA (SHK) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered dismissing this action with prejudice.

Dated: June 8, 2018

PERCY ANDERSON
United States District Judge