JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELONNIE, JR., | Case No. ED CV 16-00477-PA (SHK) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVE DAVEY, Warden, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that the Petition be dismissed with prejudice.

Dated: June 8, 2018

PERCY ANDERSON
United States District Judge